[Nos. 18244-1-II; 18450-8-II.   Division Two.   October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA L. HOFF, *Appellant*.

THE STATE OF WASHINGTON, *Appellant*, v. TERESA A. BAXTER, *Respondent*.

Appeals from judgments of the Superior Court for Lewis County, Nos. 93-1-00314-0, 93-1-00313-1, David R. Draper, J., entered March 11 and July 11, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

[No. 18878-3-II.   Division Two.   October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GLEN SIMONIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00517-1, Robert L. Harris, J., entered November 3, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 19592-5-II.   Division Two.   October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE MATHUS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-8-00047-9, Richard Brosey, J. Pro Tem., entered April 19, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.